394 A.2d 623

Land et al. v. Cloister Pure-Spring Water Co., Appellant.

Argued June 16, 1978. Louis J. Farina, for appellant; C. Clark Hodgson, Jr., with him Christopher W. Mattson, for appellees.

Decree affirmed.

PRICE, J., dissented.